

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00133-CV

**IN THE MATTER OF S.T.**,

From the County Court at Law, Starr County, Texas
Trial Court No. JV-17-035
Honorable Romero Molina, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file the appellee's brief is granted. We order the appellee's brief due August 10, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court